AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Robert J. Welzel, et al

v.

United States

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV01580

CA JUDGE: Reggie B. Walton

DECK TYPE: Pro se General Civil

DATE STAMP: 09/8/2006

TO: (Name and address of Defendant)

U.S. ATTORNEY GENERAL
D.O.J.
950 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S PRO SE (name and address)

Robert J. Welzel
Lisa L. Welzel
114 W. Grayorest Ave.
Collierville, TN.
38017

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                SEP 0 8 2006
CLERK                                     DATE

H. Higgins
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 9-13-2006 |
| NAME OF SERVER (PRINT) Mary A. Thompson | TITLE N/A |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): BY FEDEX STANDARD OVERNIGHT TRK# 7922 0520 6090, DELIVERED 14SEP06

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES SHIPPING - $5.85  SERVICE 2.00 | TOTAL 7.85 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9-13-2006    _Mary Thompson_
                          Signature of Server

10110 W. Poplar Ave. Ste 1020 Collierville TN 38017
Address of Server

RECEIVED
SEP 2 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**From:** TrackingUpdates@fedex.com [mailto:TrackingUpdates@fedex.com]
**Sent:** Thursday, September 14, 2006 11:06 AM
**To:** rwelzel@midsouth.rr.com
**Subject:** FedEx Shipment 792205206090 Delivered

Message: Delivery of Summons in re Case Number 1:06CV01580 and notice of related cases.

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Tracking number: | 792205206090 |
| Ship (P/U) date: | Sep 13, 2006 |
| Delivery date: | Sep 14, 2006 09:32 AM |
| Sign for by: | A.FRAZIER |
| Delivered to: | Shipping/Receiving |
| Service type: | FedEx Standard Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.5 LB |

Shipper Information
Robert Welzel
FEDEX
114 W. Graycrest Ave
Collierville
TN
US
38017

Recipient Information
Alberto Gonzales
United States Attorney General
950 Pennsylvania Ave
Washington
DC
US
20530

Special handling/Services:
Deliver Weekday

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 10:55 AM CDT on 09/14/2006.