AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Robert J. Welzel, et al

V.

United States

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV01580

JUDGE: Reggie B. Walton

DECK TYPE: Pro se General Civil

DATE STAMP: 09/██/2006

TO: (Name and address of Defendant)

U.S. ATTORNEY
501 3RD. ST. N.W.
WASHINGTON, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S PRO SE (name and address)

Robert J. Welzel
Lisa L. Welzel
114 W. Graycrest Ave.
Collierville, TN. 38017

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON         SEP 0 8 2006
CLERK                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 9-13-06 |
| NAME OF SERVER (PRINT) Mary A. Thompson | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): BY FEDEX STANDARD OVERNIGHT TRK # 7915 4960 6595 DELIVERED 14SEP06

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES SHIPPING - $5.85  SERVICE $2.00 | TOTAL $7.85 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-13-06        _Mary Thompson_
                             Signature of Server

10166 W. Poplar Ave #106 Collierville, TN 38017
Address of Server

**RECEIVED**
SEP 22 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**From:** TrackingUpdates@fedex.com [mailto:TrackingUpdates@fedex.com]
**Sent:** Thursday, September 14, 2006 5:46 AM
**To:** rwelzel@midsouth.rr.com
**Subject:** FedEx Shipment 791549606595 Delivered

Our records indicate that the following shipment has been delivered:

Tracking number:        791549606595
Ship (P/U) date:        Sep 13, 2006
Delivery date:          Sep 14, 2006 09:15 AM
Sign for by:            C.ANAMELECHI
Delivered to:           Receptionist/Front Desk
Service type:           FedEx Standard Overnight
Packaging type:         Fedex Envelope
Number of pieces:       1
Weight:                 0.5 LB

Shipper Information                 Recipient Information
Robert Welzel                       Kenneth L. Wainstein
FEDEX                               United States Attorney, DC
114 W. Graycrest Ave                501 3rd Street NW
Collierville                        Civil Process Clerk
TN                                  Washington
US                                  DC
38017                               US
                                    20001

Special handling/Services:

Deliver Weekday

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 8:17 AM CDT on 09/14/2006.