IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT J. WELZEL )<br>LISA L. WELZEL )<br>)<br>Plaintiffs, )<br>)<br>v.  )<br>)<br>UNITED STATES )<br>)<br>Defendant. ) | Civil No. 1:06-cv-01580-RBW |

NOTICE OF RELATED CASES

Save for the identity of the plaintiffs, the complaints in the following cases are nearly identical to that filed in this matter:

1. Grant North v. United States, Civil No. 1:06-cv-01516-EGS

2. Will H. & Mary Catherine LaRue v. United States, Civil No. 1:06-cv-01495-RBW

3. Bruce R. Travis v. United States, Civil No. 1:06-01584-RCL

4. LaVern Koerner v. United States, Civil No. 1:06-cv-01633-ESH

5. Stephen J. and Patricia Lindsey v. United States, Civil No. 1:06-cv-01409-RBW

6. Rebekah H. Miller v. United States, Civil No. 1:06-cv-01525-RMU

7. Roy A. Watson v. United States, Civil No. 1:06-cv-01594-EGS

Indeed, not only are the complaints in these cases nearly identical, but some of the plaintiffs listed above have also filed previous complaints alleging unlawful disclosure under 26 U.S.C. § 7433, and such complaints are also nearly identical to one another.

DATE: November 7, 2006                               Respectfully submitted,

                                                                              /s/ Nicole M. Stoduto
                                                   NICOLE M. STODUTO
                                                   Trial Attorney, Tax Division
                                                 U.S. Department of Justice
                                                 Post Office Box 227
                                                 Washington, DC 20044
                                                 Telephone: (202) 616-9785
                                                 Facsimile: (202) 514-6966
                                                 Email: Nicole.M.Stoduto@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney