IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT J. WELZEL )<br>LISA L. WELZEL )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES )<br>)<br>Defendant. ) | Civil No. 1:06-cv-01580-RBW |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' MOTION TO DISMISS, MEMORANDUM, ORDER, and NOTICE OF RELATED CASES were caused to be served upon Plaintiffs *pro se* on the 7th day of November, 2006, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

Robert J. Welzel
Lisa L. Welzel
Plaintiffs *pro se*
114 W. Graycrest Avenue
Collierville, TN 38017

                                                                    /s/ Nicole M. Stoduto
                                                                    NICOLE M. STODUTO