IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT J. WELZEL )<br>LISA L. WELZEL )<br>　　　　　　　　　　　　　　　　)<br>　　　　Plaintiffs, 　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　v.　　　　　　　　　　　　　　)　Civil No. 1:06-cv-01580-RBW<br>　　　　　　　　　　　　　　　　)<br>UNITED STATES 　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　Defendant. 　　　　　　　) | |

NOTICE OF RELATED CASES

Save for the identity of the plaintiffs, the complaints in the following cases are nearly identical to that filed in this matter:

   1. Grant North v. United States, Civil No. 1:06-cv-01516-EGS

   2. Will H. & Mary Catherine LaRue v. United States, Civil No. 1:06-cv-01495-RBW

   3. Bruce R. Travis v. United States, Civil No. 1:06-01584-RCL

   4. LaVern Koerner v. United States, Civil No. 1:06-cv-01633-ESH

   5. Stephen J. and Patricia Lindsey v. United States, Civil No. 1:06-cv-01409-RBW

   6. Rebekah H. Miller v. United States, Civil No. 1:06-cv-01525-RMU

   7. Roy A. Watson v. United States, Civil No. 1:06-cv-01594-EGS

Indeed, not only are the complaints in these cases nearly identical, but some of the plaintiffs listed above have also filed previous complaints alleging unlawful disclosure under 26 U.S.C. § 7433, and such complaints are also nearly identical to one another.

DATE: November 7, 2006            Respectfully submitted,

                                                             /s/ Nicole M. Stoduto
                                                          NICOLE M. STODUTO
                                                          Trial Attorney, Tax Division
                                                          U.S. Department of Justice
                                                          Post Office Box 227
                                                          Washington, DC 20044
                                                          Telephone: (202) 616-9785
                                                          Facsimile: (202) 514-6966
                                                          Email: Nicole.M.Stoduto@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney