


RECEIVED
NOV 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Robert J Welzel
Lisa L Welzel

                         Case No. 1:06-cv-01580 RBW

        Plaintiff(s),

v.

United States
        Defendant.

### NOTICE OF CHANGE OF ADDRESS

Plaintiffs' new address is as indicated below the signature line.


Dated  20 Nov           , 2006

Robert J Welzel                              Lisa L Welzel
2440 E. Tudor Rd, PMB 244        2440 E. Tudor Rd, PMB 244
Anchorage, AK 99507                    Anchorage, AK 99507

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on:

Nicole M Stoduto
U.S. Dept. of Justice
P O Box 227
Washington, DC 20044

Dated  20 Nov , 2006

_____
Robert J Welzel