IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT J. WELZEL <br> LISA L. WELZEL, <br>       Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br>       Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil No. 1:06-cv-1580-RBW <br> ) <br> ) <br> ) <br> ) |

UNITED STATES' MOTION TO DISMISS AMENDED COMPLAINT

The United States moves to dismiss the amended complaint filed in this action. Plaintiff's amended complaint should be dismissed pursuant to Fed. R. Civ. P. 12(b)(1) and (6) for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted.

A memorandum of points and authorities in support of this motion and a proposed order are submitted herewith.

DATE: February 2, 2007

Respectfully submitted,

 /s/ Nicole M. Stoduto
NICOLE M. STODUTO
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044
Telephone: (202) 616-9785
Facsimile: (202) 514-6966
Email: Nicole.M.Stoduto@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney