IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT J. WELZEL )<br>LISA L. WELZEL, )<br>  )<br>    Plaintiffs, )<br>  )<br>v.  )<br>  )<br>UNITED STATES,  )<br>  )<br>    Defendant. ) | Civil No. 1:06-cv-1580-RBW |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' MOTION TO DISMISS AMENDED COMPLAINT, MEMORANDUM, and PROPOSED ORDER were caused to be served upon Plaintiffs *pro se* on the 2nd day of February, 2007, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

    ROBERT J. WELZEL
    LISA L. WELZEL
    Plaintiffs *pro se*
    2440 East Tudor Road
    PMB 244
    Anchorage, AK 99507

                                                                /s/ Nicole M. Stoduto
                                                                NICOLE M. STODUTO