IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT J. WELZEL<br>LISA L. WELZEL,<br><br>   Plaintiffs,<br><br> v.<br><br>UNITED STATES,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil No. 1:06-cv-1580-RBW<br>)<br>)<br>)<br>)<br>) |

NOTICE OF APPEARANCE

Please enter the appearance of Anne E. Blaess in substitution for Nicole M. Stoduto as attorney for defendant the United States in the above-captioned proceeding.

DATE: February 21, 2007          Respectfully submitted,


                    /s/ Anne E. Blaess
                    ANNE E. BLAESS
                    Trial Attorney, Tax Division
                    U.S. Department of Justice
                    Post Office Box 227
                    Ben Franklin Station
                    Washington, D.C. 20044
                    Telephone: (202) 616-9806
                    Facsimile: (202) 514-6866
                    Email: Anne.E.Blaess@usdoj.gov