IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT J. WELZEL<br>LISA L. WELZEL,<br><br>      Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil No. 1:06-cv-1580-RBW<br>)<br>)<br>)<br>) |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was caused to be served upon Plaintiffs *pro se* on the 21st day of February, 2007, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

ROBERT J. WELZEL
LISA L. WELZEL
Plaintiffs *pro se*
2440 East Tudor Road
PMB 244
Anchorage, AK 99507

                                                     /s/ Anne E. Blaess
                                                    ANNE E. BLAESS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT J. WELZEL<br>LISA L. WELZEL,<br><br>      Plaintiffs,<br><br>  v.<br><br>UNITED STATES,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil No. 1:06-cv-1580-RBW<br>)<br>)<br>)<br>) |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was caused to be served upon Plaintiffs *pro se* on the 21st day of February, 2007, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

ROBERT J. WELZEL
LISA L. WELZEL
Plaintiffs *pro se*
2440 East Tudor Road
PMB 244
Anchorage, AK 99507

                                            /s/ Anne E. Blaess
                                            ANNE E. BLAESS