IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBERT J. WELZEL | ) | |
| LISA L. WELZEL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. 1:06-cv-1580-RBW |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF ADDITIONAL SERVICE

IT IS CERTIFIED that the United States' REPLY TO PLAINTIFFS' OPPOSITION TO UNITED STATES' MOTION TO DISMISS was caused to be served upon Plaintiffs *pro se* on the 5th day of April, 2007, by depositing copies thereof in the United States' mail, postage prepaid, addressed as follows:

ROBERT J. WELZEL
LISA L. WELZEL
Plaintiffs *pro se*
2440 East Tudor Road
PMB 244
Anchorage, AK 99507

/s/ Anne E. Blaess
ANNE E. BLAESS